```
 1  Taylor T Tieman (SBN:.05269)
    ttiemann@consumerlawcenter.com
 2  Krohn & Moss, Ltd.
    1112 Ocean Drive, Suite 301
 3  Manhattan Beach, CA 90266
    Tel: (323) 988-2400
 4  Fax: (866) 861-1390
    Attorneys for Plaintiff,
 5  Ramon Bermudez
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON BERMUDEZ, | Case No.: 16-cv-1258 LAB NLS |
| Plaintiff, | |
| v. | |
| CITIBANK, N.A., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

NOW COMES the Plaintiff, RAMON BERMUDEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                              Respectfully Submitted,

Dated: January 25,, 2015        KROHN & MOSS LTD
                                              /s/ Taylor M Tieman
                                              Taylor M Tieman, Esq.
                                              Attorney for Plaintiff,
                                              RAMON BERMUDEZ

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on January 25, 2017 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/Taylor M Tieman
Taylor M Tieman, Esq.